Circuit Court for Baltimore County
Case No. C-03-CV-19-001407
Argued:   January 9, 2019

IN THE COURT OF APPEALS OF

MARYLAND

Misc. Docket AG No. 18

September Term, 2018

_____

IN THE MATTER OF THE PETITION FOR
REINSTATEMENT OF STANLEY HOWARD
NEEDLEMAN TO THE BAR OF
MARYLAND

_____

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Wilner, Alan M.
         (Senior Judge, specially assigned)

JJ.

_____

ORDER

_____

Filed: January 13, 2020

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

IN THE MATTER OF THE               \*    IN THE
PETITION FOR REINSTATEMENT
OF STANLEY HOWARD NEEDLEMAN     \*    COURT OF APPEALS
TO THE MARYLAND BAR

                                            \*    OF MARYLAND

                                            \*    Misc. Docket AG No. 18

                                            \*    September Term, 2018

## O R D E R

UPON CONSIDERATION of the Verified Petition for Reinstatement filed by Stanley Howard Needleman, Response to Petition for Reinstatement, Findings of Fact and Conclusions of Law, Petitioner's Recommendation, and Amended Response to Petition for Reinstatement filed, and oral arguments having been held before the Court, in the above entitled case, it is this 13th day of January, 2020

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, DENIED.

                                    /s/ Mary Ellen Barbera
                                       Chief Judge

\*Judge Wilner considered this matter in place of Judge Biran.